IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1362C

(Filed: May 31, 2006)

TROY VILLAGE PHASE I, L.P.,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion for a Stay of Proceedings, filed on February 16, 2006. The parties request that the court stay proceedings in this case pending the resolution of seven similar cases currently in this court's Alternative Dispute Resolution ("ADR") program. The seven cases are *Grass Valley Investment Group I v. United States*, No. 04-1284C; *Diamond Springs Investment Group II v. United States*, No. 04-1302C; *Hollister Investment Group II v. United States*, No. 04-1297C; *Ramona Investment Group II v. United States*, No. 04-1259C; *Pixley Investment Group v. United States*, No. 04-1315C; *Brawley I Investment Group v. United States*, No. 04-1287C; and *Brawley II Investment Group v. United States*, No. 04-1305C.

For good cause shown, the parties' motion is GRANTED. This case is stayed until 14 days after the conclusion of ADR proceedings in the seven similar cases. The parties shall file a Joint Status Report on or before August 3, 2006, and every 60 days thereafter until the stay has expired.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge