**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

TROY VILLAGE PHASE I, L.P.,

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-1362**
(**Judge Charles F. Lettow**)

**JOINT STATUS REPORT**

Pursuant to the Court's Order of May 31, 2006, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their efforts to resolve this and numerous closely-related cases through the Court's Alternative Dispute Resolution ("ADR") pilot program.

As previously reported, the Section 515 Litigation Settlement Agreement was fully executed effective May 21, 2007, following which the parties entered the implementation phase of the settlement process. The parties continue to expect that process to be completed by the first quarter of 2008 in accordance with the terms of the Agreement.

To this end, a third party appraisal firm has completed site visits for more than half of the properties in the settlement and has scheduled site visits for nearly all of the remaining properties at issue through October 2007. In addition, the appraisal firm has issued Market Rent Studies for numerous properties, and many more reports are expected to be issued soon. Finally, the government has made an initial payment to the plaintiffs as required under the Agreement.

The parties have conferred regarding the filing of this document, and counsel for defendant has represented to counsel for plaintiffs that defendant concurs in the contents of this Joint Status Report.

Dated: October 1, 2007

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*